IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PURCELL BRONSON,  :
    Petitioner,  :
    v.  : Case No. 3:10-cv-143-KRG-KAP
DAVID J. CLOSE, WARDEN,  :
S.C.I. HOUTZDALE,  :
    Respondent  :

### Report and Recommendation

#### Recommendation

Petitioner's motion to reconsider, docket no. 6, should be denied.

#### Report

After petitioner's habeas corpus petition was denied he filed a motion to reconsider, essentially stating the same grounds raised in his objections. The motion should be denied without further ado.

Pursuant to 28 U.S.C.§ 636(b)(1), the parties are given notice that they have fourteen days to serve and file written objections to this Report and Recommendation.

DATE: March 2, 2011

Keith A. Pesto,
United States Magistrate Judge

Notice by ECF to counsel of record at Case No. 2:07-cv-1191-ARH and by U.S. Mail to:

    Purcell Bronson AF-8163
    S.C.I. Houtzdale
    P.O. Box 1000
    Houtzdale, PA 16698-1000