IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PURCELL BRONSON,
      Petitioner,
  v.
DAVID J. CLOSE, WARDEN,
S.C.I. HOUTZDALE,
      Respondent

Case No. 3:10-cv-143-KRG-KAP

## MEMORANDUM ORDER

The petitioner's motion for reconsideration, docket no. 6, was referred to Magistrate Judge Keith A. Pesto in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(3). The Magistrate Judge filed a Report and Recommendation on March 2, 2011, docket no. 7, recommending that the motion be denied. The parties were notified pursuant to 28 U.S.C.§ 636(b)(1), that they had fourteen days to file written objections to the Report and Recommendation. No one has filed objections and the time to do so has expired.

Upon review of the record of this matter, the Report and Recommendation, and noting the lack of timely objections thereto, the following order is entered:

AND NOW, this 25th day of March, 2011, it is

ORDERED that petitioner's motion for reconsideration, docket no. 6, is denied. The Report and Recommendation is adopted as the opinion of the Court.

BY THE COURT:

_____
KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

    Purcell Bronson AF-8163
    S.C.I. Houtzdale
    P.O. Box 1000
    Houtzdale, PA 16698-1000